✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**                **Category No.** II_____        **Investigating Agency** DEA_____

**City** Lynn_____                   **Related Case Information:**

**County** Essex_____

Superseding Ind./ Inf. __X_____        Case No. 04-10299 PBS
Same Defendant ___x___            New Defendant _____
Magistrate Judge Case Number    M 04-1732- CBS
Search Warrant Case Number     04 M 1720- to 1730, 04-M 1738
R 20/R 40 from District of        _____

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA_____        Juvenile:    ☐ Yes   X No

Alias Name   _____

Address   _____

Birthdate: _____ SS # _____ Sex: MALE Race: Hispanic_____ Nationalit Mexican_____

**Defense Counsel if known:**   Eliot Weinstein, Esq._____   Address 228 Lewis Wharf_____

Bar Number   _____                    617-367-9334_____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____                Bar Number if applicable   _____

**Interpreter:**   X Yes   No        List language and/or dialect:   Spanish_____

**Matter to be SEALED:**   Yes X   No

   Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date   _____

X Already in Federal Custody as of _____        Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____        on _____

**Charging Document:**   Complaint   ☐ Information        X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05_____        Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MANUEL ESTRADA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No.  _II_    **Investigating Agency**  _DEA_

**City**  _Lynn_    **Related Case Information:**

**County**  _Essex_    Superseding Ind./ Inf.  _X_    Case No.  _04-10299 PBS_
Same Defendant    New Defendant
Magistrate Judge Case Number  _04-M-1685 CBS_
Search Warrant Case Number  _04-M-1720-to-1730_
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  _ANDRES MARTINEZ-ACEVEZ_    Juvenile:    ☐ Yes    X No

Alias Name  _"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"_

Address

Birthdate: _____ SS # _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_ Sex: _MALE_ Race: _Hispanic_    Nationalit _Mexican_

**Defense Counsel if known:**    John Cicilline, Esq.    Address _381 Atwells Ave., Providence, RI_

Bar Number

**U.S. Attorney Information:**

AUSA  _Neil Gallagher_    Bar Number if applicable

**Interpreter:**    X Yes    No    List language and/or dialect:    _Spanish_

**Matter to be SEALED:**    Yes  X    No

          Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    _5/1/2004_

X  Already in Federal Custody as of _____ in  _Wyatt Detention, Central Falls, RI_ .
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____  on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X Felony  _2_

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  ~~10/5/04~~  _3/23/05_    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.    X            Case No.   04-10299 PBS
Same Defendant     x            New Defendant
Magistrate Judge Case Number     04-M-1685 CBS
Search Warrant Case Number     04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    JOSE ROSALES                          Juvenile:      ☐ Yes    X  No

Alias Name    TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address    88 NEWARK ST. LYNN MA

Birthdate: 5/10/76      SS # 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  Sex:  MALE  Race: Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.    Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA                                              Bar Number if applicable

**Interpreter:**    X  Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X    No

Warrant Requested        ☐ Regular Process      X  In Custody

**Location Status:**

Arrest Date    5/1/04

X  Already in Federal Custody as of              in    Wyatt Detention, Central Falls, RI
☐  Already in State Custody at ──────── ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:              on

**Charging Document:**    Complaint      ☐ Information      X  Indictment

**Total # of Counts:**    ☐ Petty ─────  ☐ Misdemeanor ───── X☐ Felony ── 4 ──

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"_

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II               Investigating Agency   DEA

City   Lynn                        **Related Case Information:**

County   Essex                     Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                   Same Defendant    x            New Defendant
                                   Magistrate Judge Case Number    04-M-1685 CBS
                                   Search Warrant Case Number    04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ              Juvenile:     ☐ Yes    X No

Alias Name      VALENTIN RIVERA AKA V AKA VALE

Address       108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69   SS # 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  Sex: MALE  Race: Hispanic       Nationalit Mexican

**Defense Counsel if known:**     Ronald Ian Segal, Esq.     Address 23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA  Neil Gallagher                 Bar Number if applicable

**Interpreter:**    X Yes    X No        List language and/or dialect:        Spanish

**Matter to be SEALED:**       Yes  X  No

        Warrant Requested       ☐ Regular Process       x In Custody

**Location Status:**

Arrest Date      5/1/04

x  Already in Federal Custody as of                  in   Wyatt Detention, Central Falls, RI    .
☐  Already in State Custody at                ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                on

**Charging Document:**     Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———   X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   3/23/05              Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  MA _____        **Category No.** _____        **Investigating Agency** DEA/MSP

**City**  Lynn/Peabody _____          **Related Case Information:**

**County**  Essex _____             Superseding Ind./ Inf.  X _____      Case No.    04-10299-PBS
                              Same Defendant   x _____      New Defendant _____
                              Magistrate Judge Case Number    04-m-1685-CBS
                              Search Warrant Case Number    04-m-1720 to 1730
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  MANUEL GERMOSEN _____        Juvenile    ☐ Yes    ☒ No

Alias Name  Kelvin Madera, Manolo _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race:  Hispanic ____  Nationality: Dom Rep

**Defense Counsel if known:**    Steven Judge _____     **Address:** 23 Central Ave., #605
                                                    Lynn, MA 01902
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher _____        **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No        **List language and/or dialect:**    Spanish _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as**  May 1, 2005 _____  **in**  Plymouth County _____  .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____  **on** _____

**Charging Document:**    ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** 3/23/05        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MANUEL GERMOSEN _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__      Case No. __04-10299 PBS__
Same Defendant __X__      New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ABDALLAH HAMDAN__    Juvenile:    ☐ Yes    X No

Alias Name _____

Address __10 ROOSEVELT ST METHUEN MA__

Birthdate: __1/17/76__   SS # __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__ Sex: __MALE__ Race: __Arabic__    Nationalit __Palestinian__

**Defense Counsel if known:**    Melvin Norris, Esq.      Address __260 Boston Post Rd., Wayland, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__      Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No      List language and/or dialect: _____

**Matter to be SEALED:**      Yes X    No

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__      Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA _____ **Category No.** _____ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody _____ **Related Case Information:**

**County** Essex _____ Superseding Ind./ Inf. __X__ Case No. 04-10299-PBS
Same Defendant __x__ New Defendant _____
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name RICARDO MARTINEZ _____ Juvenile ☐ Yes ☒ No

Alias Name Chorizo, Chon _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic Nationality: Dom Rep

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher _____ **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No List language and/or dialect: Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial Release:** Ordered by _____ on

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05 **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ____RICARDO MARTINEZ_____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                    Category No. _____         Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                        **Related Case Information:**

County   __Essex__                Superseding Ind./ Inf.   __X__              Case No.   __04-10299-PBS__
                                  Same Defendant   __x__            New Defendant _____
                                  Magistrate Judge Case Number   __04-m-1685-CBS__
                                  Search Warrant Case Number   __04-m-1720 to 1730__
                                  R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  __HOWARD GREENBERG__              Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race:  __Caucasian__  Nationality: __US__

**Defense Counsel if known:**   __Roger Witkin__           Address:  __6 Beacon Street, Ste 1010__
                                                                    __Boston, MA 02108__
**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                    Bar Number if applicable   _____

Interpreter:   ☐ Yes ☐ No          List language and/or dialect:   __Spanish__

Matter to be SEALED:   ☐ Yes   ☒ No

    ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**   _____

☐ Already in Federal Custody as   _____   in   _____ .
☐ Already in State Custody   _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  __MJ Swartwood__   on   __May 2004__

**Charging Document:**      ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**      ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: _3/23/c5_               Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    HOWARD GREENBERG** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                 Category No. _____    Investigating Agency  DEA/MSP

City   Lynn/Peabody                       **Related Case Information:**

County    Essex                          Superseding Ind./ Inf.   X                   Case No.    04-10299-PBS
                                         Same Defendant     x              New Defendant
                                         Magistrate Judge Case Number     04-m-1685-CBS
                                         Search Warrant Case Number     04-m-1720 to 1730
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   EDGAR HOFFENS                          Juvenile    ☐ Yes    ☒ No

Alias Name    Carlos Colon Rivera, Tigueron

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Caucasian    Nationality:  US

**Defense Counsel if known:**    John Wall                    **Address:**  1 Commercial Wharf West
                                                                        Boston, MA 02110
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                          Bar Number if applicable

Interpreter:    ☒ Yes ☐ No        List language and/or dialect:      Spanish

Matter to be SEALED:    ☐ Yes   ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on

**Charging Document:**      ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**      ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date: 3/23/05              Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>**EDGAR HOFFENS**</u> _____

**U.S.C. Citations**

| | <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**  DEA _____

**City**    Lynn _____          **Related Case Information:**

**County**    Essex _____          Superseding Ind./ Inf.    X _____          Case No.    04-10299 PBS _____
                                       Same Defendant    X _____          New Defendant _____
                                       Magistrate Judge Case Number    04-M-1685 CBS _____
                                       Search Warrant Case Number    04-M-1720 to 1730 _____
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    ROGELIO GARCIA _____          Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80 ___  SS # 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 ___ Sex: MALE ___ Race: Hispanic _____ Nationalit USA ___

**Defense Counsel if known:**    James H. Budreau, Esq. _____    Address 20 Park Plaza, Boston, MA ___

Bar Number _____

**U.S. Attorney Information:**

AUSA    Neil Gallagher _____          Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**          Yes  X    No

     Warrant Requested          X☐ Regular Process          In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood _____ on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ——2——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    3/23/05 _____    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:    MA                    Category No. _____    Investigating Agency    DEA/MSP

City    Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X                    Case No.    04-10299-PBS
                                       Same Defendant    x                    New Defendant
                                       Magistrate Judge Case Number    04-m-1685-CBS
                                       Search Warrant Case Number    04-m-1720 to 1730
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    JAVIER ANGEL ROMERO                    Juvenile    ☐ Yes    ☒ No

Alias Name    Ramon Acosta, the Singer

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:    Hispanic    Nationality: _____

Defense Counsel if known:    **Ray Buso**                    Address:  **15 Church Street**
                                                                      **Salem, MA 01970**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA    Neil Gallagher                    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No                    List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ Warrant Requested            ☐ Regular Process            ☐ In Custody

Location Status:

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  3/23/05                    Signature of AUSA: _____