JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     JAVIER ANGEL ROMERO

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf.  X    Case No. 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CHRISTIAN GERMOSEN    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): ____ SSN (last 4 #): ____ Sex M Race: Hispanic Nationality: Dom. Rep.

**Defense Counsel if known:** Michael Hickey    **Address:** 15 Church Street
Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter: ☒ Yes  ☐ No    List language and/or dialect: Spanish

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     CHRISTIAN GERMOSEN

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody    Related Case Information:

County  Essex    Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ    Juvenile  ☐ Yes  ☒ No

Alias Name   Juan Eustate

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic   Nationality:  Mexican

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:   Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:   FUGITIVE

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     JUAN MARTINEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA          **Category No.** _____          **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X          Case No.   04-10299-PBS
Same Defendant   x          New Defendant   _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ          Juvenile   ☐ Yes   ☒ No

Alias Name   Scarface

Address   _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:**   Richard Welsh          **Address:** 80 Worchester St., Ste 5
                                                                                North Grafton MA, 01536
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No          List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     GERARDO VASSUER ORTIZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA           Category No. _____   Investigating Agency  DEA/MSP

City   Lynn/Peabody            Related Case Information:

County   Essex                 Superseding Ind./ Inf.   X           Case No.   04-10299-PBS
                               Same Defendant    x         New Defendant
                               Magistrate Judge Case Number    04-m-1685-CBS
                               Search Warrant Case Number     04-m-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   PHIL ASARO                          Juvenile   [ ] Yes   [x] No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Caucasian   Nationality: _____

Defense Counsel if known:   Kirk Griffin           Address:  50 Standford Street
                                                             Boston, MA 02114
Bar Number: _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                      Bar Number if applicable _____

Interpreter:   [ ] Yes  [x] No     List language and/or dialect: _____

Matter to be SEALED:   [ ] Yes   [x] No

[ ] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[x] On Pretrial Release:   Ordered by   MJ Swartwood     on   May 2004

Charging Document:   [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:   [ ] Petty _____   [ ] Misdemeanor _____   [x] Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   PHIL ASARO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: **MA**  Category No. _____  Investigating Agency **DEA/MSP**

City **Lynn/Peabody**  Related Case Information:

County **Essex**  Superseding Ind./ Inf. **X**  Case No. **04-10299-PBS**
Same Defendant **x**  New Defendant _____
Magistrate Judge Case Number **04-m-1685-CBS**
Search Warrant Case Number **04-m-1720 to 1730**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **SILVESTRE LIZARDI**  Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): ___  SSN (last 4 #): ___  Sex **M**  Race: **Hispanic**  Nationality: ___

Defense Counsel if known: **Michael Sneider**  Address: **95 Commercial Wharf**
**Boston, MA 2110**
Bar Number: _____

**U.S. Attorney Information:**

AUSA **Neil Gallagher**  Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No  List language and/or dialect: **Spanish**

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by **MJ Swartwood**  on **May 2004**

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony **1 count**

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **3/23/05**  Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     SILVESTRE LIZARDI

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      **Category No.** II      **Investigating Agency**  DEA

**City**  Lynn      **Related Case Information:**

**County**  Essex      Superseding Ind./ Inf.  X      Case No.  04-10299 PBS
Same Defendant  x      New Defendant ____
Magistrate Judge Case Number  04-M-1685 CBS
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name  ROBERT V. RUSCIO      Juvenile:  ☐ Yes   X No

Alias Name ____

Address  286 NEWBURY ST., PEABODY, MA

Birthdate:  7/15/51    SS #  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   Sex:  MALE   Race:  White    Nationalit  USA

Defense Counsel if known:  Edward L. Hayden, Esq.      Address  7 Franklin St., Lynn, MA

Bar Number ____

**U.S. Attorney Information:**

AUSA  Neil Gallagher      Bar Number if applicable ____

Interpreter:   ☐ Yes   X No      List language and/or dialect: ____

Matter to be SEALED:   Yes   X  No

\ Warrant Requested      X☐ Regular Process      In Custody

**Location Status:**

Arrest Date ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:  Mag. Judge Swartwood   on ____

**Charging Document:**    Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ———  ☐ Misdemeanor ———  X☐ Felony — 2 —

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05      Signature of AUSA: ____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERT V. RUSCIO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

Place of Offense: MA    Category No. _____    Investigating Agency: DEA/MSP

City: Lynn/Peabody    Related Case Information:

County: Essex

Superseding Ind./ Inf.  X    Case No. 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: GIOVANI AVILA    Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex: M  Race: Hispanic  Nationality: _____

Defense Counsel if known: Michael Natola    Address: 240 Commerical Street, Ste 2B, Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Neil Gallagher    Bar Number if applicable: _____

Interpreter: ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by MJ Swartwood on May 2004

Charging Document: ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GIOVANI AVILA

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant  x    New Defendant
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  GILBERTO ZAYAS    Juvenile  ☐ Yes  ☒ No

Alias Name  Cumbia King, Tony

Address

Birth date (Year only): ___  SSN (last 4 #): ___  Sex M  Race: Hispanic  Nationality: ___

Defense Counsel if known:  Raymond E. Gillespie    Address: 875 Massachusetts Ave, Ste 32
Cambridge, MA 02139

Bar Number:

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: