JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **GILBERTO ZAYAS** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA _____    Category No. _____    Investigating Agency  DEA/MSP _____

City  Lynn/Peabody _____    **Related Case Information:**

County  Essex _____    Superseding Ind./ Inf.   X _____    Case No.   04-10299-PBS _____
                                                  Same Defendant      x _____    New Defendant _____
                                                  Magistrate Judge Case Number    04-m-1685-CBS _____
                                                  Search Warrant Case Number    04-m-1720 to 1730 _____
                                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   LUIS E. DEJESUS _____    Juvenile   ☐ Yes   ☒ No

Alias Name   Edgardo _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic _____  Nationality: _____

**Defense Counsel if known:**   John W. Laymon _____    Address:  77 Franklin Street, # 3 _____
                                                                                    Boston, MA 02110 _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____    Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No    List language and/or dialect:   Spanish _____

Matter to be SEALED:   ☐ Yes   ☒ No

   ☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as   May 2004 _____    in   Wyatt _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____    on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 count _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  3/23/05 _____    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS E. DEJESUS _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

2 4

JS 45 (5/97) – (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency**   DEA

**City**   Lynn      **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
Same Defendant   X      New Defendant
Magistrate Judge Case Number   04-M- 1731CBS
Search Warrant Case Number   04- M 1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   BENITO GRULLON      Juvenile:    ☐ Yes    X No

Alias Name   QUICO

Address

Birthdate:      SS #      Sex: MALE   Race: Hispanic      Nationalit Dominican

**Defense Counsel if known:**    Ron Ian Segal, Esq..      Address 23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher      Bar Number if applicable

**Interpreter:**    X Yes    No      List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes   X   No

     Warrant Requested      X Regular Process      In Custody

**Location Status:**

Arrest Date    5/1/04

X Already in Federal Custody as of      in
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:      on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05      Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___BENITO GRULLON_____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-grulle.wpd - 2/7/02

25

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA, CA _____  **Category No.** _____  **Investigating Agency** DEA/MSP _____

**City** Lynn _____    **Related Case Information:**

**County** Essex _____  Superseding Ind./ Inf. ___x___  Case No. __04-10299-PBS__
                               Same Defendant _____  New Defendant _X___
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  MARTIN CERNA GARCIA _____  Juvenile  ☐ Yes  ☒ No

Alias Name   "Willy"; "Nephew" _____

Address   11027 Meyers Dr., Cucamnga, CA 91730 _____

Birth date (Year only):  1963  SSN (last 4 #): _____ Sex M Race:  Hispanic ____ Nationality: Mexican ____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher _____  **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** Spanish _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1 count ____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05   **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MARTIN CERNA GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__      **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn, MA__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __x__     Case No. __04-10299-PBS__
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBINSON RUIZ__      Juvenile ☐ Yes ☒ No

Alias Name __"Metresa"__

Address __6 Houston Street, Lynn, MA 01905__

Birth date (Year only): __1964__ SSN (last 4 #): __6369__ Sex __M__ Race: __Hispanic__ Nationality: __Dom. Republic__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__      **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No      **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☒ Yes ☐ No

     ☒ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    ROBINSON RUIZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** _MA_     **Category No.** _____    **Investigating Agency** _DEA/MSP_

**City** _Lynn, MA_      **Related Case Information:**

**County** _Essex_      Superseding Ind./ Inf. _x_    Case No. _04-10299-PBS_
     Same Defendant _____ New Defendant _X_
     Magistrate Judge Case Number _____
     Search Warrant Case Number _____
     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _CARLOS RAFAEL ROJAS_     Juvenile ☐ Yes ☒ No

Alias Name _"Chelo"; "Ramon"_

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_     **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No     **List language and/or dialect:** _Spanish_

**Matter to be SEALED:** ☒ Yes ☐ No

    ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** _3/23/05_     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                 Related Case Information:

County __Essex__                 Superseding Ind./ Inf. __X__               Case No. __04-10299-PBS__
                                 Same Defendant _____   New Defendant __X__
                                 Magistrate Judge Case Number   _____
                                 Search Warrant Case Number     _____
                                 R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name __CARLOS ORLANDO ARGUETA-MACARIO__    Juvenile  ☐ Yes   ☒ No

Alias Name __"Chaparro"__

Address __15 Washington Place, Peabody, MA 01960__

Birth date (Year only): __1967__ SSN (last 4 #): __0292__ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:** _____   Address: _____
                                                          _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                 Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No          List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☒ Yes    ☐ No

        ☒ Warrant Requested          ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__        **Category No.** _____        **Investigating Agency** __DEA/MSP__

**City** __Lynn, MA__              **Related Case Information:**

**County** __Essex__              Superseding Ind./ Inf. __x__        Case No. __04-10299-PBS__
                                  Same Defendant _____        New Defendant __X__
                                  Magistrate Judge Case Number    _____
                                  Search Warrant Case Number      _____
                                  R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name __WILLIAM R. HOLMES__                Juvenile  ☐ Yes   ☒ No

Alias Name __"Billy"__

Address __43 Reservoir Drive, Danvers, MA__

Birth date (Year only): __1961__ SSN (last 4 #): __7332__ Sex __M__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__                **Bar Number if applicable** _____

**Interpreter:**  ☐ Yes ☐ No        **List language and/or dialect:** _____

**Matter to be SEALED:**  ☒ Yes  ☐ No

   ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:  Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      <u>WILLIAM R. HOLMES, a/k/a "Billy"</u> _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

*3ᵘ*

☜JS 45 (5/97) - (Revised USAO MA 6/29/04)

<u>Criminal Case Cover Sheet</u>                     <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:** <u>MA</u>      **Category No.** _____      **Investigating Agency** <u>DEA/MSP</u>

**City** <u>Lynn, MA</u>                    **Related Case Information:**

**County** <u>Essex</u>                     Superseding Ind./ Inf. <u>x</u>          Case No. <u>04-10299-PBS</u>
                                            Same Defendant _____   New Defendant <u>X</u>
                                            Magistrate Judge Case Number _____
                                            Search Warrant Case Number _____
                                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>GENE A. ANDERSON</u>            Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address <u>87 Broad Street #1, Lynn, MA</u>

Birth date (Year only): <u>1970</u> SSN (last 4 #): <u>0733</u> Sex <u>M</u> Race: _____ Nationality: _____

**Defense Counsel if known:** _____      **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA <u>Neil Gallagher</u>                **Bar Number if applicable** _____

Interpreter:  ☐ Yes ☐ No        List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

    ☒ Warrant Requested      ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: <u>3/23/05</u>        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GENE A. ANDERSON _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**