UNITED STATES OF AMERICA

U. S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04cr10299-PBS

UNITED STATES

V.

JAVIOR ANGEL ROMERO
A.K.A. RAMON ACOSTA

### ASSENTED TO MOTION TO CONTINUE

Now comes the Defendant in the above-cited matter and respectfully requests a continuance of the hearing scheduled for a change of plea on Monday, November 21, 2005 in the above-cited matter.

As grounds for this motion counsel states that he is unavailable as a result of a scheduling conflict.

Counsel states that this motion has been assented to by Assistant U.S. Attorney, Neil Gallagher.

Respectfully Submitted,
The Defendant,
By His Attorney,

Raymond Buso
BBO # 067680
15 Church Street
Salem, MA 01970
(978) 744-8500

DATE: November 18, 2005

*(Handwritten margin notes: "Paul B Sams" and "11/18/05 DENIED")*