U.S. Department of Justice

Federal Bureau of Prisons

Designation & Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

April 10, 2006

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
Harold D. Donohue Federal Bldg
595 Main Street
Worcester, Massachusetts 01608-2025

Re:   ROMERO, Javier Angel
      Reg. No. 80444-038
      Docket No. 1:04CR10299-014-PBS

Dear Judge Saris:

   Thank you for your recommendation that Javier Romero serve his term of confinement at either the Federal Medical Center in Ayer, Massachusetts. Mr. Romero was recently sentenced in your court to a 37-month term for Conspiracy to Distribute 5 Kilograms or More of Cocaine.

   During the designation process, we were aware of your recommendation. Regrettably, in the case of Mr. Romero, your recommendation cannot be followed. Our Office of Medical Designations has reviewed his medical needs and determined he does not require assignment to a specialized medical facility. Accordingly, Mr. Romero has been assigned to the Moshannon Valley Correctional Institution in Phillipsburg, Pennsylvania. In addition, should the Phillipsburg staff determine Mr. Romero requires treatment at a specialized facility, he will be referred for transfer.

   We regret we were unable to comply with the Court's recommendation. Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

                                    Sincerely,

                                    Rebecca Tamez
                                    Chief

cc:   Warden, Moshannon Valley Correctional Institution