8/24/06

Clerk
US FEDERAL Court
1 Courthouse WAy
Boston Ma 02210

FILED
...KS OFFICE

2006 AUG 25 P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

RE: US V. Kelvin MADERA (aka: MANUEL Germosen)
04-10299-PBS

Dear Clerk

   Would you please send me A copy of the

Complete docket in the Above referenced CASE,

at the Address below.

   I have been declared indigent. Thank

you For Your ASSistance.

                    Respectfully Requested,

                    Kel—mod

                    Kelvin MADERA A93490
                    PO Box 100, Block B4
                    S. WALPolE Ma 02071